```
UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
JUAN GARCIA,                                                          JUDGMENT
                                                                      04-CV- 5286 (FB)
                      Petitioner,

   -against-

MICHAEL ZENK, Warden, MDC Brooklyn,
THE FEDERAL BUREAU OF PRISONS
JEFF JOHNSON, ISM Manager, CARLOS
DUFF, Unit Manager, MS. WALLER, Case
Manager, DOES 1 to 10,


                      Respondents.
-----------------------------------------------------------------X
```

A Memorandum and Order of Honorable Frederic Block, United States District Judge, having been filed on April 28, 2005, denying the petitioner's petition for a writ of habeas corpus; it is

ORDERED and ADJUDGED that petitioner take nothing of the respondents; and that judgment is hereby entered denying the petitioner's petition for a writ of habeas corpus.


Dated: Brooklyn, New York
       April 28, 2005

                                                    _____
                                                    ROBERT C. HEINEMANN
                                                    Clerk of Court